**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **FREDDIE CAMACHO,** | ) |
| Plaintiff, | ) Case No. CV 12-02720 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) ) ) |
| Defendant. | ) |

    **IT IS ADJUDGED** that defendant's decision is **reversed**, and the case is **remanded** for an award of benefits consistent with the memorandum of decision.

January 14, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge